UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANET HOYT,**

        **Plaintiff,**

v.                                        Case No.  6:23-cv-344-CEM-EJK

**BEALLS STORES, INC.,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal (Doc. 27) and the Notice of Non-Opposition with Plaintiff's Notices of Voluntary Dismissal (Doc. 28), which together constitute a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to that Rule, the Clerk of Court is directed to close this case. The August 9, 2023 hearing is **CANCELLED**.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record